IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-00176-CMA-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: April 11, 2013 | Courtroom Deputy: Jennifer Hawkins |

| *Parties:* | *Counsel:* |
|---|---|
| DARIN LEWANDOWSKI | Robert Chapman Roberts |
| Plaintiff, | |
| v. | |
| BANK OF AMERICAN CORPORATION a Delaware corporation a/k/a Bank of America | Catherine S. Ryan |
| Defendant. | |

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**   10:53 a.m.

Court calls case.  Appearances of counsel.

Discussion regarding Motion to Join Bank of America, N.A. as Defendant, and to Amend Complaint [22] filed by Plaintiff on 04/09/13.

Discussion regarding Motion for Electronic Discovery Order [25] filed by Plaintiff on April 9, 2013.

Discussion regarding proposed scheduling order.

**ORDERED: Motion for Electronic Discovery Order [25] is DENIED as stated on the record.**

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties:   June 1, 2013

Discovery Cut-off: December 31, 2013

Dispositive Motions deadline: January 31, 2014

Parties shall designate affirmative experts **on or before September 30, 2013**

Parties shall designate rebuttal experts **on or before November 16, 2013**

Each side shall be limited to 4 expert witnesses, absent leave of court.

Interrogatories, Requests for Production of Documents, and Requests for Admissions shall be served **no later than THIRTY THREE DAYS** prior to close of discovery.

**FINAL PRETRIAL CONFERENCE** is set for Tuesday April 29, 2014 at 9:15 a.m.
Final Pretrial Order is due **no later than SEVEN (7) CALENDAR DAYS before the Final Pretrial Conference.**
(See the court's website for Instructions for Preparation and Submission)

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

**TRIAL:**
Trial and Trial Preparation Conference dates shall be set by District Judge Arguello.

● Scheduling Order is signed and entered with interlineations.

HEARING CONCLUDED.
**Court in recess:** 12:06 p.m.
Total time in court: 01:13

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.